

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JOVAN JONES, INDIVIDUALLY AND
ON BEHALF of ALL others Similarly
Situated.      VS

SEARS ROEBUCK + CO.

**08CV2951**
**JUDGE LEINENWEBER**
**MAG. JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOVAN JONES, INDIVIDUALLY AND ON BEHALF of others
similarly situated.

| | |
|---|---|
| SIGNATURE  *Will Fitzpatrick* | **FILED** MAY 21 2008 |
| FIRM  Fitzpatrick + Fitzpatrick | MAY 21 2008 |
| STREET ADDRESS  36 W. Randolph St. (suite 301) | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| CITY/STATE/ZIP  Chicago, IL. 60601 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  0825670 (IL.) | TELEPHONE NUMBER  312 553 7200 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐    NO ☒ |
|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☒    NO ☐ |
|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒  NO ☐ |
|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐  NO ☒ |
|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |