IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOVAN JONES, Individually and on Behalf Of All Others Similarly Situated,<br><br>        Plaintiff<br><br>vs.<br><br><br>SEARS, ROEBUCK & CO.,<br><br>        Defendant | Case No: 08 CV 2951<br><br>Judge L Judge Leinenweber<br><br>Magistrate Judge Cox |

### NOTICE OF MOTION

TO:    Mark A. Brand, Reed, Smith, Sachnoff & Weaver, 10 S. Wacker Dr., 40th Floor, Chicago, IL 60606.
Marina C. Santini, Reed, Smith, Sachnoff & Weaver, 10 S. Wacker Dr., 40th Floor, Chicago, IL 60606.
David Zev Smith, Reed, Smith, Sachnoff & Weaver, 10 S. Wacker Dr., 40th Floor, Chicago, IL 60606.

On **July 29th** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Leinenweber** or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 1425**, Dirksen Federal Court, 214 S. Dearborn, Chicago, IL, and shall then and there present the attached **COMBINED MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY.**

Name:            William F. Fitzpatrick, Fitzpatrick & Fitzpatrick
Attorney for:  Jovan Jones
Address:       36 W. Randolph, Suite 301, Chicago, IL 606001
Phone:         312/553-2200

### PROOF OF SERVICE VIA CM/ECF & U.S. MAIL

    I, Eileen Norris, a non-attorney, on oath certify I served this notice via CM/ECF and by mailing a copy to the above named attorney(s) at their respective addresses (address which appears on the envelope) and depositing the same in the U.S. mail in Chicago, IL, at 4:00 p.m., on July 16, 2008, with proper postage prepaid.

Under penalties as provided by law pursuant
to IL.REV.STAT.CHAP 110 SEC 1-109,1 certify
that the statements se forth herein are true and correct.

*[signature: Eileen Norris]*