UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOVAN JONES, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK & CO.,<br><br>                Defendant. | No.: 08 cv 2951<br><br>Honorable Harry D. Leinenweber<br><br>Magistrate Judge Cox |

## DEFENDANT'S MOTION TO DISMISS

Defendant Sears, Roebuck and Co. ("Sears Roebuck"), by and through its attorneys, Reed Smith LLP, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully requests that this Court dismiss Plaintiff's Complaint. In support of its Motion, Sears Roebuck has filed the accompanying Memorandum of Law which it incorporates herein by reference, and further states as follows:

1.  Plaintiff filed this putative nation-wide class action, seeking monetary and injunctive relief, on May 21, 2008.

2.  Plaintiff's Complaint is pled in five counts: Breach of Contract (Counts I – Damages & Count II – Specific Performance); Unjust Enrichment (Count III), Money Had and Received (Count IV), and Injunctive Relief (Count V).

3.  Counts I and II fail because Plaintiff is unable to plead any injury resulting from Sears Roebuck's alleged breach of contract, a requisite element of any breach of contract claim. Thus, Plaintiff's claims for breach of contract should be dismissed.

4.  Additionally, even if Plaintiff had adequately pled a claim for breach of contract, she would not be entitled to specific performance (Count II). Specific performance is not

available when a plaintiff has an adequate remedy at law.  Here, Jones fails to allege that monetary damages would be insufficient to compensate her alleged loss; consequently, Count II should be dismissed.

5.  Plaintiff is further unable to maintain claims for unjust enrichment (Count III) or money had and received (Count IV) as her Complaint specifically alleges that she had an express contract with Sears Roebuck.  Such equitable remedies are unavailable when the parties have entered into an express contract.  Counts III and IV should therefore be dismissed.

6.  Finally, Count V should be dismissed as Plaintiff is not entitled to injunctive relief, both because she lacks standing to pursue such relief and because she has not pled she will suffer irreparable harm if no injunction issues. Moreover, the fact that Jones has now filed – on July 16, 2008 – a motion for preliminary injunction should not delay consideration of this motion to dismiss.  The Court should consider this motion before considering Jones's preliminary injunction motion.

WHEREFORE, for the reasons stated above and set forth more fully in its accompanying Memorandum of Law, Sears Roebuck respectfully requests that the Court dismiss Plaintiff's Complaint and grant such further and additional relief as this Court deems just and proper.

Dated:  July 21, 2008                                    Respectfully submitted,

                                                         SEARS, ROEBUCK AND CO.,
                                                         *Defendant*

                                                    By:     /s/ Mark A. Brand
                                                            One of Its Attorneys

- 3 -

        Mark A. Brand (ARDC #6197271)
        David Z. Smith (ARDC #6256687)
        Marina C. Santini (ARDC #6290668)
        REED SMITH LLP
        10 South Wacker Drive
        Chicago, IL  60606-7507
        Telephone:   (312) 207-1000
        Facsimile:     (312) 207-6400
        mbrand@reedsmith.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2008, I electronically filed the foregoing **DEFENDANT'S MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

>William Fitzpatrick, williamfitz@netzero.com
>**Fitzpatrick & Fitzpatrick**
>Counsel for Plaintiff

>/s/ Marina C. Santini
>Marina C. Santini (ARDC No. 6290668)
>REED SMITH LLP
>10 South Wacker Drive
>Chicago, IL 60606
>Phone:  312.207.1000
>Fax:  312.207.6400
>msantini@reedsmith.com

CHILIB-2192371