## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOVAN JONES, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK & CO.,<br><br>               Defendant. | No.: 08 cv 2951<br><br>Honorable Harry D. Leinenweber<br><br>Magistrate Judge Cox |

## NOTICE OF MOTION

**To:**   William Fitzpatrick
        FITZPATRICK & FITZPATRICK
        36 West Randolph Street
        Suite 301
        Chicago, IL 60601
        **williamfitz@netzero.com**

       PLEASE TAKE NOTICE that on Thursday, July 24, 2008, at 9:30 A.M., or as soon thereafter as counsel may be heard, we will appear before the Honorable Harry D. Leinenweber in the courtroom usually occupied by him in the United States Courthouse at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **Defendant's Motion to Dismiss**, a copy of which is hereby served upon you.

Dated: July 21, 2008
                                                          Respectfully submitted,

                                                          SEARS, ROEBUCK AND CO.,
                                                          *Defendant*

                                            By:   /s/ Mark A. Brand
                                                      One of Its Attorneys

                                                      Mark A. Brand (ARDC #6197271)
                                                      David Z. Smith (ARDC #6256687)
                                                      Marina C. Santini (ARDC #6290668)
                                                      REED SMITH LLP
                                                      10 South Wacker Drive
                                                      Chicago, IL  60606-7507
                                                      Telephone:  (312) 207-1000
                                                      Facsimile:    (312) 207-6400
                                                      mbrand@reedsmith.com

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2008, I electronically filed the foregoing **NOTICE OF MOTION OF DEFENDANT'S MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

      William Fitzpatrick, williamfitz@netzero.com
      **Fitzpatrick & Fitzpatrick**
      Counsel for Plaintiff

      /s/ Marina C. Santini
      Marina C. Santini (ARDC No. 6290668)
      REED SMITH LLP
      10 South Wacker Drive
      Chicago, IL 60606
      Phone: 312.207.1000
      Fax: 312.207.6400
      msantini@reedsmith.com

CHILIB-2193326.1