## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOVAN JONES, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>SEARS, ROEBUCK & CO., )<br><br>Defendant. ) | No.: 08 cv 2951<br>Honorable Harry D. Leinenweber |

## SEARS, ROEBUCK & CO.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant, Sears, Roebuck and Co. states that it is a wholly-owned subsidiary of Sears Holdings Corporation, a publicly owned corporation. Sears Holdings Corporation, a publicly held company owns 10% or more of Sears, Roebuck and Co.'s stock.

Dated: July 21, 2008

Respectfully submitted,

SEARS, ROEBUCK AND CO.,
*Defendant*

By:   /s/ Mark A. Brand
   One of Its Attorneys

Mark A. Brand (ARDC #6197271)
David Z. Smith (ARDC #6256687)
Marina C. Santini (ARDC #6290668)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Telephone:   (312) 207-1000
Facsimile:   (312) 207-6400
mbrand@reedsmith.com

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2008, I electronically filed the foregoing **Sears, Roebuck & Co.'s Corporate Disclosure Statement** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

William Fitzpatrick, williamfitz@netzero.com
**Fitzpatrick & Fitzpatrick**
Counsel for Plaintiff

      /s/ Marina C. Santini
      Marina C. Santini (ARDC No. 6290668)
      REED SMITH LLP
      10 South Wacker Drive
      Chicago, IL 60606
      Phone:  312.207.1000
      Fax:  312.207.6400
      msantini@reedsmith.com

CHILIB-2190465.1