UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOVAN JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK & CO.,<br><br>                Defendant. | Case No: 08C2951<br><br>Judge Leinenweber<br><br>Magistrate Judge Cox |

## AFFIDAVIT OF JOVAN JONES

Affiant Jovan Jones being duly sworn hereby deposes and states as follows:

1) I am over twenty-one years of age and fully competent and authorized to make this Affidavit.

2) The warning contained in the Complaint and in the accompanying motion for a preliminary injunction is a true and accurate picture of the label on the back of my clothes dryer, which was purchased from and installed by Sears.

3) Sears did not install my dryer by using a heavy metal vent, but used a foil vent instead, directly contrary to the manufacturer's instructions.

4) Sears ignored the warning on the back of my dryer and installed the dryer without the proper vents.

5) Sears charged $49 for delivery and installation of my washer and dryer.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on this the 13th day of June, 2008 in Indianapolis, Indiana.

_____
Joyan Jones

Subscribed and sworn to (or affirmed) before me on this 13th day of June, 2008, by Darlene Mulvaney, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

NOTARY SEAL

OFFICIAL SEAL
DARLENE J. MULVANEY
NOTARY PUBLIC STATE OF INDIANA
MY COMMISSION EXPIRES APRIL 11, 2010
RESIDENT OF CLINTON COUNTY INDIANA

_____
Notary Public
My Commission Expires: 4-11, 2010