# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2951 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Jovan Jones vs. Sears Roebuck & Co. | | |

**DOCKET ENTRY TEXT**

Defendant's response to plaintiff's motion for preliminary injunction and expedited discovery to be filed by 8/19/2008. Plaintiff's response to defendant's motion to dismiss to be filed by 8/28/2008. Defendant's reply brief to be filed by 9/8/2008.  The court will rule orally on 10/9/2008 at 9:00 a.m. Thomas K. Caldwell, Timothy K. Kirk and Thomas A. Hargett are granted leave to appear pro hac vice.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|