# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jovan Jones

                              Plaintiff,

v.                                        Case No.: 1:08−cv−02951
                                          Honorable Harry D. Leinenweber

Sears, Roebuck & Co.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2008:

        MINUTE entry before the Honorable Harry D. Leinenweber: The court's minute entry of 7/29/2008 (#21) is corrected to read as follows: Status hearing set for 8/19/2008 at 09:00 AM. Plaintiff's response to defendant's motion to dismiss to be filed by 8/28/2008. Defendant's reply brief to be filed by 9/8/2008. The court will rule orally on 10/9/2008 at 9:00 a.m. Thomas K. Caldwell, Timothy K. Kirk and Thomas A. Hargett are granted leave to appear pro hac vice.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.