UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOVAN JONES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK & CO.,<br><br>    Defendant. | No.: 08 cv 2951<br><br>Honorable Harry D. Leinenweber<br><br>Magistrate Judge Cox |

## NOTICE OF MOTION

**To:**  Thomas A. Hargett         Matthew R. Wilson
    Thomas K. Caldwell         **David P. Meyer & Assoc.**
    Timothy J. Kirk           1320 Dublin Road, Suite 100
    **Maddox Hargett & Caruso**      Columbus, OH 43215
    10100 Lantern Road, Suite 150
    Fishers, IN 46037           William Fitzpatrick
                        **Fitzpatrick & Fitzpatrick**
                        36 West Randolph Street, Suite 301
                        Chicago, IL 60601

  PLEASE TAKE NOTICE that on Tuesday, August 19, 2008, during the previously scheduled status at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Harry D. Leinenweber in the courtroom usually occupied by him in the United States Courthouse at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANT'S MOTION FOR PROTECTIVE ORDER LIMITING THE SCOPE OF EXPEDITED DISCOVERY**, a copy of which is hereby served upon you.

Dated: August 18, 2008           Respectfully submitted,

                    SEARS, ROEBUCK AND CO.,
                    *Defendant*

             By:  /s/ Mark A. Brand
                 One of Its Attorneys

        Mark A. Brand (ARDC #6197271)
        David Z. Smith (ARDC #6256687)
        Marina C. Santini (ARDC #6290668)
        REED SMITH LLP
        10 South Wacker Drive
        Chicago, IL  60606-7507
        Telephone:   (312) 207-1000
        Facsimile:    (312) 207-6400
        mbrand@reedsmith.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 18, 2008, I electronically filed the foregoing **NOTICE OF MOTION OF DEFENDANT'S MOTION FOR PROTECTIVE ORDER LIMITING THE SCOPE OF EXPEDITED DISCOVERY** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following counsel of record:

William Fitzpatrick, williamfitz@netzero.com
**Fitzpatrick & Fitzpatrick**

Matthew R. Wilson, mwilson@dmlaws.com
**David P. Meyer & Associates Co. LPA**

    I further caused the foregoing Motion to be served via electronic mail and U.S. Mail upon the following counsel of record who are not registered with the CM/ECF system:

Thomas A. Hargett, tahargett@mhclaw.com
Thomas K. Caldwell, tkcaldwell@mhclaw.com
Timothy J. Kirk, tkkirk@mhclaw.com
**Maddox Hargett & Caruso**
10100 Lantern Road, Suite 150
Fishers, IN 46037
Tel: (317) 598-2040

      /s/ Mark A. Brand
      Mark A. Brand (ARDC #6197271)
      REED SMITH LLP
      10 South Wacker Drive
      Chicago, IL 60606
      Phone: 312.207.1000
      Fax: 312.207.6400
      mbrand@reedsmith.com

CHILIB-2198579.1