# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2951 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Jovan Jones vs. Sears Roebuck & Co., | | |

**DOCKET ENTRY TEXT**

Defendant's Motion for Protective Order is granted in part. Stuart A. Davidson and Cullin A. O'Brien granted leave to appear pro hac vice.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|